UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEY NICHOLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:09-cv-00187-RLY-WGH |
| | ) |
| WAL-MART SUPERCENTER STORE, #1263, | ) |
| WAL-MART STORES EAST, L.P., | ) |
| LARRY MARSHALL, individually and in his | ) |
| capacity as store manager, and MIKE HOLDER, | ) |
| individually and in his capacity as supervisor, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by counsel, and file their Joint Stipulation of Dismissal with Prejudice. The Court being duly advised hereby GRANTS said Stipulation.

**IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED**

that the within cause is dismissed with prejudice with each party to bear its own costs.

Dated this 10th day of December 2010.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:   John Andrew Goodridge, Esq.          Marcella M. Day, Esq.
             Attorney at Law                       Groves and Day, LLP
             jgoodridge@jaglo.com                  mday@grovesday.com


             Shannon M. Shaw, Esq.
             BARNES & THORNBURG, LLP
             sshaww@btlaw.com